UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

PLAINTIFF(S)

CASE NUMBER
1:17−cv−24177−JEM

v.

JACQUES M. BIEN AIME,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Jacques M. Bien Aime**

as of course, on the date January 31, 2018.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  _/s/ *Maria Cruz*_
Deputy Clerk

cc:  Judge Jose E. Martinez
     United States Of America

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)