February 5, 2018

FILED by _MM_ D.C.
FEB 0 6 2018
STEVEN M. LARIMORE
CLERK U S DIST CT
S. D. of FLA – MIAMI

United States District Court Judge

  Re: Defendant, Borrower: Jacques Bien Aime

     Plaintiff, Creditor : United States of America

     CDCS No. 2011A56082 CASE # 1:17-CV-24177-JEM

Honorable United States District Court Judge:

According to the lawsuit filed by the plaintiff, United States of America, I, Jacques M. Bien Aime, hereby certify within the motion, that i have responded to the allegation made against me by Attorneys for plaintiff United States of America, Steven M, Davis, Esq., and requested a payment plan based on my financial situation for which I provided copies of my two years tax return. As of today, my current balance is $ 10,761.68 which I agree to pay only by a proposed installment plan.

Based on my financial situation, I request, Honorable Judge, your compassion.

  Dated this 5th day of February, 2018.

    Respectfully submitted

By: *(signature)*

Jacques M. Bien Aime

  711 NE 167th Street NM Beach Fl, 33162

  (786) 356-5884